LAW OFFICES OF CHRISTOPHER K JAFARI
CHRISTOPHER K JAFARI BAR No. 219971 (chrisjafari@gmail.com)
KIARASH KAY JAFARI BAR No. 299610 (kayjafari@gmail.com)
1 PARK PLAZA, SIXTH FLOOR
IRVINE, CA 92614
Telephone: (949) 852-4454
Facsimile: (949) 852-4453
Attorneys for Plaintiff & Counterdefendant Luke Choi

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LUKE CHOI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEENAM PARK, an individual; K&B EDUCATION GROUP, LLC, a Massachusetts Limited Liability Company; EDUHUP EDUCATION AND TECHNOLOGY GROUP, INC., a Massachusetts Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>KEENAM PARK,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>LUKE CHOI and ROES 1-10, inclusive,<br><br>　　　　　Counterdefendant.<br>_____ | CASE NO.  8:19-CV-1190-DOC-E<br><br>Hon. David O. Carter<br><br>**JUDGMENT** |

1

**JUDGMENT**

In light of the parties' Stipulation Re: Entry of Judgment on Plaintiff's Complaint and Dismissal of Counterclaimant's Cross-Complaint filed with the Court on June 19, 2020 (Doc # 27), and good cause appearing therefore:

1. JUDGMENT IS ENTERED in favor of Plaintiff Luke Choi and against Defendants Keenam Park; K&B Education Group, LLC; and Eduhup Education and Technology Group, Inc. jointly and severally in the amount of one million two hundred thirty thousand dollars ($1,230,000.00), with interest to accrue from the entry of judgment thereon pursuant to 28 U.S.C. § 1961.

2. Defendant/Counterclaimant Keenam Park's cross-complaint against Luke Choi is hereby dismissed with prejudice.

Dated: June 22, 2020

*David O. Carter*
_____
Hon. David O. Carter
United States District Court Judge